# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Donald Hall,
    Petitioner

vs                                      Case No. 1:02cv488
                                               (Spiegel, J.; Hogan, M.J.)

Christopher Yanai,
    Respondent

### ORDER TO SHOW CAUSE

On July 29, 2004, this Court issued an Order requiring the respondent to file a copy of the state court sentencing hearing transcript within twenty (20) days. (*See* Doc. 30). To date, respondent has not filed a copy of the sentencing hearing transcript as ordered by this Court. Therefore, respondent is hereby ORDERED TO SHOW CAUSE within fifteen (15) days of the date of filing of this Order why he has failed to respond to the Court's July 29, 2004 Order in a timely manner.

IT IS SO ORDERED.

Date: 1/3/05

Timothy S. Hogan
United States Magistrate Judge

J:\BRYANCC\2004 habeas orders\02-488scorder.failresp.wpd