State of Ohio
      :ss
County of Hamilton

### Affidavit

I, **Shara Dehner**, being duly sworn, deposes and states the following:

a) That the affiant is the duly authorized Records Clerk for the Ohio Attorney General's Office and has authority to certify the said records.

b) The **B813029 11/30/81 Sentencing Transcript** that the Attorney General's Office has requested be copied from the file of the Hamilton County Court Reporters Section could not be copied because it has been disposed of according to their retention policy. After attempting to contact the Clerk of Courts & Prosecutor's Office to obtain a copy of the needed transcript, our office has been referred to the Court Reporter's Office. Court Reporter Supervisor Harlo Blum has left me a voice message on 1/19/05 stating that he is working on an Affidavit from his office for the missing transcript at this time.

_1/19/05_
Date

_Shara Dehner_
Shara Dehner
Records Clerk

Sworn to before me and signed in my presence on January 19th, 2005.

_____
Notary Public

SHARON KNIGHT
NOTARY PUBLIC-STATE OF OHIO
My Commission Expires . . 02-06-07