IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD HALL, | : | |
| | | CASE NO. 1:02-cv-488 |
| Petitioner, | : | |
| | | JUDGE SPIEGEL |
| vs. | : | |
| | | MAGISTRATE JUDGE |
| CHRISTOPHER YANAI, WARDEN, | : | HOGAN |
| Respondent. | : | |

___

**NOTICE OF SUBSTITUTION OF COUNSEL**
___

     Katherine A. Szudy, Assistant State Public Defender, enters her appearance as substitute lead counsel in the above-styled case. Former lead counsel, T. Kenneth Lee, Assistant State Public Defender, no longer works in the legal division of the Office of the Ohio Public Defender.

                                  Respectfully submitted,

                                  DAVID H. BODIKER  #0016590
                                  Ohio Public Defender

                                  s/Katherine A. Szudy
                                  KATHERINE A. SZUDY  #0076729
                                  Assistant State Public Defender
                                  (Counsel of Record)

                                  Office of the Ohio Public Defender
                                  8 East Long Street - 11th floor
                                  Columbus, Ohio 43215
                                  (614) 466-5394
                                  (614) 752-5167 (Fax)
                                  Email:  kathy.szudy@opd.state.oh.us

                                  COUNSEL FOR DONALD HALL

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2005, a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                           s/Katherine A. Szudy
                                           KATHERINE A. SZUDY  #0076729
                                           Assistant State Public Defender
                                           (Counsel of Record)

                                           COUNSEL FOR DONALD HALL

#214436