IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD HALL, | : | |
| Petitioner, | : | Case No. 1:02-cv-488 |
| -vs- | : | Judge Spiegel |
| CHRISTOPHER YANAI, Warden, | : | Magistrate Judge Hogan |
| Respondent. | : | |

_____

**PETITIONER-APPELLANT DONALD HALL'S NOTICE OF APPEAL**
_____

Notice is hereby given that Petitioner-Appellant Donald Hall appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment denying his Petition for Writ of Habeas Corpus entered in this action on June 21, 2005. Included in the June 21, 2005 Opinion & Order denying Mr. Hall's Petition for Writ of Habeas Corpus was a certificate of appealability. Furthermore, this Court certified that any appeal of the June 21, 2005 Order would be taken in good faith.

Respectfully submitted,

DAVID H. BODIKER - 0016590
Ohio Public Defender

s/Katherine A. Szudy
KATHERINE A. SZUDY - 0076729
Assistant State Public Defender
COUNSEL OF RECORD

Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio 43215
(614) 466-5394
(614) 752-5167 (FAX)
kathy.szudy@opd.state.oh.us

COUNSEL FOR PETITIONER
DONALD HALL

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005, a copy of the foregoing **PETITIONER-APPELLANT DONALD HALL'S NOTICE OF APPEAL** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

s/Katherine A. Szudy
KATHERINE A. SZUDY - 0076729
Assistant State Public Defender

COUNSEL FOR PETITIONER
DONALD HALL

#219751