# CERTIFICATE

(To be completed by the institution of incarceration)

Name: _Hall, Donald_   Number: _165-725_

   I certify that the applicant name herein has the sum of $ _5.02_ on account to his/her credit at (name of institution) **SOUTHERN OHIO CORRECTIONAL FACILITY.**
I further certify that during the past six months the applicant's average monthly balance was $ _4.50_ and the applicant's average monthly deposits were $ _8.00_ . I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six month's transactions.

   I further certify that the applicant does/(does not) have a secondary savings account(s), such as a caertificate of deposit or savings bond. The secondary account(s) balance is $ _0_ .


_6/28/05_                          _[signature]_
**DATE**                           **SIGNATURE OF AUTHORIZED OFFICER**

```
JUN 28; 2005              SOUTHERN OHIO CORRECTIONAL FACILITY              PAGE   1

 12/29/2004 THRU 06/28/2005 INMATE   DEMAND   STATEMENT

  INMATE NUMBER: A165725                          LOCK LOCA: J4 68

  INMATE NAME:   HALL, DONALD                     SHOP CYCLE: J-4
         AKA:

  STATUS:        A                                FROM LOC:  OCF
  MISC A:        0                                FROM DATE: 02/02/2005
  MISC B:                                         D.O.B.:
  NOTE:
  HOLD TOTAL:              .00                    TO LOC:
  E.P.C. BALANCE:          .00                    TO DATE:

--------------------------------------------------------------------------------
  TRAN         TRAN                                                   ACCOUNT
  DATE         AMOUNT   TC SF OPR   T/C DESC    MISC DESC             BALANCE
--------------------------------------------------------------------------------

BALFWD                                                                     .00
02/04/05        4.65-   01 00 BSO COMMISSARY 011922                       4.65-

02/10/05       20.00    31 01 BSO RECEIPTS-M DARREN COOK                 15.35

02/16/05       11.45-   01 00 BSO COMMISSARY 012579                       3.90

02/16/05        6.27    32 01 JKF TRANSFERS   1123186 OCF #6018          10.17

--------------------------------------------------------------------------------
03/01/05        9.00    30 00 RAW EARNINGS                               19.17

03/01/05        4.50-   10 01 JKF FUNDS OWED FEB PAY HOLD                14.67

03/02/05        9.65-   01 00 JKF COMMISSARY 013297                       5.02

03/16/05        4.95-   01 00 JKF COMMISSARY 014286                        .07

03/17/05        4.95    01 00 JKF COMMISSARY 14286 ERR CORR               5.02
                                                WRONG DISK
03/17/05        4.95-   01 00 RAW COMMISSARY 14286 INCORRECT POST          .07

--------------------------------------------------------------------------------
04/01/05        7.50    30 00 NDH EARNINGS                                7.57

04/01/05         .25-   10 01 JKF FUNDS OWED HOLD PAID IN FULL            7.32

04/01/05        3.00-   19 00 JKF MEDICAL CO NUR I 3/17/05                4.32

04/06/05        4.00-   01 00 RAW COMMISSARY 015045                        .32

--------------------------------------------------------------------------------
05/02/05        4.50    30 00 NDH EARNINGS                                4.82

05/02/05        3.00-   19 00 NDH MEDICAL CO RN1 4/27/05                  1.82
```

```
JUN 28, 2005              SOUTHERN OHIO CORRECTIONAL FACILITY              PAGE    2
  12/29/2004 THRU 06/28/2005 INMATE   DEMAND   STATEMENT

  INMATE NUMBER: A165725                          LOCK LOCA: J4 68

  INMATE NAME:    HALL, DONALD                    SHOP CYCLE: J-4
          AKA:

  STATUS:         A                               FROM LOC:  OCF
  MISC A:         0                               FROM DATE: 02/02/2005
  MISC B:                                         D.O.B.:
  NOTE:
  HOLD TOTAL:             .00                     TO LOC:
  E.P.C. BALANCE:         .00                     TO DATE:

-------------------------------------------------------------------------------
  TRAN       TRAN                                                    ACCOUNT
  DATE       AMOUNT   TC SF OPR  T/C DESC    MISC DESC               BALANCE
-------------------------------------------------------------------------------

  05/06/05     3.00   19 00 JKF  MEDICAL CO  ERR CORR 5/2 9.00          4.82
-------------------------------------------------------------------------------
  06/01/05      .75   30 00 JKF  EARNINGS                               5.57

  06/14/05      .55-  01 00 JKH  COMMISSARY  019048                     5.02

  06/14/05      .55-  01 00 JKH  COMMISSARY  19048                      4.47

  06/14/05      .55   01 00 JKH  COMMISSARY  ERR CORR                   5.02

  06/28/05             19 00 RAW MEDICAL CO  RN 6/23 FREE N/C           5.02

  CURR.BAL                                                              5.02
                                      TOTAL DEBITS                     43.00-
                                      TOTAL CREDITS                    48.02
                                      AVERAGE BALANCE                   5.67
```

**Calculation of Average Monthly Balances** — Inmate Number/Name: Hall  A165-725  fildte

| # | Month 1 DATE | AMOUNT | # | Month 2 DATE | AMOUNT | # | Month 3 DATE | AMOUNT | # | Month 4 DATE | AMOUNT | # | Month 5 DATE | AMOUNT | # | Month 6 DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/29/2004 | 6.27 | 1 | 1/29/2005 | 6.27 | 1 | 3/1/2005 | 14.67 | 1 | 3/29/2005 | 0.07 | 1 | 4/29/2005 | 0.32 | 1 | 5/29/2005 | 4.82 |
| 2 | 12/30/2004 | 6.27 | 2 | 1/30/2005 | 6.27 | 2 | 3/2/2005 | 5.02 | 2 | 3/30/2005 | 0.07 | 2 | 4/30/2005 | 0.32 | 2 | 5/30/2005 | 4.82 |
| 3 | 12/31/2004 | 6.27 | 3 | 1/31/2005 | 6.27 | 3 | 3/3/2005 | 5.02 | 3 | 3/31/2005 | 0.07 | 3 | 5/1/2005 | 0.32 | 3 | 5/31/2005 | 4.82 |
| 4 | 1/1/2005 | 6.27 | 4 | 2/1/2005 | 6.27 | 4 | 3/4/2005 | 5.02 | 4 | 4/1/2005 | 4.32 | 4 | 5/2/2005 | 1.82 | 4 | 6/1/2005 | 5.57 |
| 5 | 1/2/2005 | 6.27 | 5 | 2/2/2005 | 6.27 | 5 | 3/5/2005 | 5.02 | 5 | 4/2/2005 | 4.32 | 5 | 5/3/2005 | 1.82 | 5 | 6/2/2005 | 5.57 |
| 6 | 1/3/2005 | 6.27 | 6 | 2/3/2005 | 6.27 | 6 | 3/6/2005 | 5.02 | 6 | 4/3/2005 | 4.32 | 6 | 5/4/2005 | 1.82 | 6 | 6/3/2005 | 5.57 |
| 7 | 1/4/2005 | 6.27 | 7 | 2/4/2005 |  | 7 | 3/7/2005 | 5.02 | 7 | 4/4/2005 | 4.32 | 7 | 5/5/2005 | 1.82 | 7 | 6/4/2005 | 5.57 |
| 8 | 1/5/2005 | 6.27 | 8 | 2/5/2005 |  | 8 | 3/8/2005 | 5.02 | 8 | 4/5/2005 | 4.32 | 8 | 5/6/2005 | 4.82 | 8 | 6/5/2005 | 5.57 |
| 9 | 1/6/2005 | 6.27 | 9 | 2/6/2005 |  | 9 | 3/9/2005 | 5.02 | 9 | 4/6/2005 | 0.32 | 9 | 5/7/2005 | 4.82 | 9 | 6/6/2005 | 5.57 |
| 10 | 1/7/2005 | 6.27 | 10 | 2/7/2005 |  | 10 | 3/10/2005 | 5.02 | 10 | 4/7/2005 | 0.32 | 10 | 5/8/2005 | 4.82 | 10 | 6/7/2005 | 5.57 |
| 11 | 1/8/2005 | 6.27 | 11 | 2/8/2005 |  | 11 | 3/11/2005 | 5.02 | 11 | 4/8/2005 | 0.32 | 11 | 5/9/2005 | 4.82 | 11 | 6/8/2005 | 5.57 |
| 12 | 1/9/2005 | 6.27 | 12 | 2/9/2005 |  | 12 | 3/12/2005 | 5.02 | 12 | 4/9/2005 | 0.32 | 12 | 5/10/2005 | 4.82 | 12 | 6/9/2005 | 5.57 |
| 13 | 1/10/2005 | 6.27 | 13 | 2/10/2005 | 15.35 | 13 | 3/13/2005 | 5.02 | 13 | 4/10/2005 | 0.32 | 13 | 5/11/2005 | 4.82 | 13 | 6/10/2005 | 5.57 |
| 14 | 1/11/2005 | 6.27 | 14 | 2/11/2005 | 15.35 | 14 | 3/14/2005 | 5.02 | 14 | 4/11/2005 | 0.32 | 14 | 5/12/2005 | 4.82 | 14 | 6/11/2005 | 5.57 |
| 15 | 1/12/2005 | 6.27 | 15 | 2/12/2005 | 15.35 | 15 | 3/15/2005 | 5.02 | 15 | 4/12/2005 | 0.32 | 15 | 5/13/2005 | 4.82 | 15 | 6/12/2005 | 5.57 |
| 16 | 1/13/2005 | 6.27 | 16 | 2/13/2005 | 15.35 | 16 | 3/16/2005 | 0.07 | 16 | 4/13/2005 | 0.32 | 16 | 5/14/2005 | 4.82 | 16 | 6/13/2005 | 5.57 |
| 17 | 1/14/2005 | 6.27 | 17 | 2/14/2005 | 15.35 | 17 | 3/17/2005 | 0.07 | 17 | 4/14/2005 | 0.32 | 17 | 5/15/2005 | 4.82 | 17 | 6/14/2005 | 5.02 |
| 18 | 1/15/2005 | 6.27 | 18 | 2/15/2005 | 15.35 | 18 | 3/18/2005 | 0.07 | 18 | 4/15/2005 | 0.32 | 18 | 5/16/2005 | 4.82 | 18 | 6/15/2005 | 5.02 |
| 19 | 1/16/2005 | 6.27 | 19 | 2/16/2005 | 10.17 | 19 | 3/19/2005 | 0.07 | 19 | 4/16/2005 | 0.32 | 19 | 5/17/2005 | 4.82 | 19 | 6/16/2005 | 5.02 |
| 20 | 1/17/2005 | 6.27 | 20 | 2/17/2005 | 10.17 | 20 | 3/20/2005 | 0.07 | 20 | 4/17/2005 | 0.32 | 20 | 5/18/2005 | 4.82 | 20 | 6/17/2005 | 5.02 |
| 21 | 1/18/2005 | 6.27 | 21 | 2/18/2005 | 10.17 | 21 | 3/21/2005 | 0.07 | 21 | 4/18/2005 | 0.32 | 21 | 5/19/2005 | 4.82 | 21 | 6/18/2005 | 5.02 |
| 22 | 1/19/2005 | 6.27 | 22 | 2/19/2005 | 10.17 | 22 | 3/22/2005 | 0.07 | 22 | 4/19/2005 | 0.32 | 22 | 5/20/2005 | 4.82 | 22 | 6/19/2005 | 5.02 |
| 23 | 1/20/2005 | 6.27 | 23 | 2/20/2005 | 10.17 | 23 | 3/23/2005 | 0.07 | 23 | 4/20/2005 | 0.32 | 23 | 5/21/2005 | 4.82 | 23 | 6/20/2005 | 5.02 |
| 24 | 1/21/2005 | 6.27 | 24 | 2/21/2005 | 10.17 | 24 | 3/24/2005 | 0.07 | 24 | 4/21/2005 | 0.32 | 24 | 5/22/2005 | 4.82 | 24 | 6/21/2005 | 5.02 |
| 25 | 1/22/2005 | 6.27 | 25 | 2/22/2005 | 10.17 | 25 | 3/25/2005 | 0.07 | 25 | 4/22/2005 | 0.32 | 25 | 5/23/2005 | 4.82 | 25 | 6/22/2005 | 5.02 |
| 26 | 1/23/2005 | 6.27 | 26 | 2/23/2005 | 10.17 | 26 | 3/26/2005 | 0.07 | 26 | 4/23/2005 | 0.32 | 26 | 5/24/2005 | 4.82 | 26 | 6/23/2005 | 5.02 |
| 27 | 1/24/2005 | 6.27 | 27 | 2/24/2005 | 10.17 | 27 | 3/27/2005 | 0.07 | 27 | 4/24/2005 | 0.32 | 27 | 5/25/2005 | 4.82 | 27 | 6/24/2005 | 5.02 |
| 28 | 1/25/2005 | 6.27 | 28 | 2/25/2005 | 10.17 | 28 | 3/28/2005 | 0.07 | 28 | 4/25/2005 | 0.32 | 28 | 5/26/2005 | 4.82 | 28 | 6/25/2005 | 5.02 |
| 29 | 1/26/2005 | 6.27 | 29 | 2/26/2005 | 10.17 | 29 |  |  | 29 | 4/26/2005 | 0.32 | 29 | 5/27/2005 | 4.82 | 29 | 6/26/2005 | 5.02 |
| 30 | 1/27/2005 | 6.27 | 30 | 2/27/2005 | 10.17 | 30 |  |  | 30 | 4/27/2005 | 0.32 | 30 | 5/28/2005 | 4.82 | 30 | 6/27/2005 | 5.02 |
| 31 | 1/28/2005 | 6.27 | 31 | 2/28/2005 | 10.17 | 31 |  |  | 31 | 4/28/2005 | 0.32 | 31 |  |  | 31 | 6/28/2005 | 5.02 |

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 |
|---|---|---|---|---|---|---|
| TTL Daily Balance | 194.37 | 234.03 | 85.86 | 29.17 | 119.1 | 162.17 |
| Divide by # of Days | 31 | 31 | 28 | 31 | 30 | 31 |
| Monthly Balance | 6.27 | 7.54935484 | 3.06642857 | 0.94096774 | 3.97 | 5.23129032 |

Total of All Monthly Balances ___ 27.0280415  Divide by 6 months for AVERAGE Monthly Balance ___ 4.50467358