IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD HALL, | : | |
|   Petitioner, | : | Case No. 1:02-cv-488 |
| -vs- | : | Judge Spiegel |
| CHRISTOPHER YANAI, Warden, | : | Magistrate Judge Hogan |
|   Respondent. | : | |

_____

**PETITIONER-APPELLANT DONALD HALL'S PRAECIPE AND REQUEST TO INCLUDE EXHIBITS IN APPELLATE RECORD**
_____

**TO THE CLERK:**

      Please prepare and assemble the original papers and exhibits thereto filed in this action, and a certified copy of the docket and journal entries, to be transferred to the United States Court of Appeals for the Sixth Circuit. 6 Cir. R. 10(b). In accordance with 6 Cir. R. 10(b), undersigned counsel requests that the record to the United States Court of Appeals for the Sixth Circuit include any paper exhibits that were filed in this action.

      Respectfully submitted,

      DAVID H. BODIKER - 0016590
      Ohio Public Defender

      s/Katherine A. Szudy
      KATHERINE A. SZUDY - 0076729
      Assistant State Public Defender
      COUNSEL OF RECORD

Office of the Ohio Public Defender  
8 East Long Street - 11th Floor  
Columbus, Ohio 43215  
(614) 466-5394  
(614) 752-5167 (FAX)  
kathy.szudy@opd.state.oh.us  

COUNSEL FOR PETITIONER DONALD HALL

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005 a copy of the foregoing **Petitioner-Appellant Donald Hall's Praecipe and Request to Include Exhibits in Appellate Record** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/Katherine A. Szudy  
KATHERINE A. SZUDY - 0076729  
Assistant State Public Defender  

COUNSEL FOR PETITIONER DONALD HALL

#222414