**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

TRANSCRIPT ORDER

| District Court<br>United States District Court for the Southern District of Ohio,<br>Western Division | District Court Docket Number<br>02-00488 |
|---|---|

Short Case Title   Donald Hall v. Christopher Yanai, Warden

Date Notice of Appeal Filed by Clerk of District Court   July 21, 2005          COA#   05-4006

PART I.   (To be completed by party ordering transcript, the form must be signed whether or not transcript is ordered)

A.     Complete one of the following:

☐     No hearings
☐     Transcript is unnecessary for appeal purposes
☒     Transcript is already on file in District Court Clerk's Office
☐     This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

JUDGE MAGISTRATE          HEARING DATE(S)          COURT REPORTER

Pre-trial proceedings _____
Testimony (specify witnesses) _____
_____
_____

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF
SPECIALLY AUTHORIZED.  SEE ITEM 13 CJA FORM 24

Voir Dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐;
Jury Instructions ☐

FAILURE  TO  SPECIFY  IN  ADEQUATE  DETAIL  THOSE  PROCEEDINGS  TO  BE
TRANSCRIBED, OR  FAILURE  TO  MAKE  PROMPT  SATISFACTORY  FINANCIAL
ARRANGEMENTS FOR  TRANSCRIPT, ARE  GROUNDS FOR DISMISSAL OF THE APPEAL.

B.     This is to certify that satisfactory financial arrangements have been completed with the court
reporter for payment of the cost of the transcript.  The method of payment will be:

☐     Criminal Justice Act (Attach copy of CJA form 24)
☐     Private funds
Date _____

Signature _____  Print Name   Katherine A. Szudy      Counsel for   Donald Hall

Address    8 E. Long St., 11th Floor, Columbus, OH 43215          Telephone   614.466.5394

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT
ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

PART II.  COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and
forwarded to the Court of Appeals within 10 days after receipt.)

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP (10(b))

_____        _____        _____
        Date                     Signature of Court Reporter                    Telephone

PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be
completed by court reporter on date of filing transcript in District Court and notification must be forwarded
to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages            _____ Actual Number of Volumes

_____                           _____
        Date                                       Signature of Court Reporter

6CA-30
3-94

#222406