UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-4006

Filed: January 24, 2007

DONALD HALL

    Petitioner - Appellant

v.

CHRISTOPHER YANAI, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 9/27/06 the mandate for this case hereby issues today.

A True Copy.

Attest:

*Robin Duncan*
Deputy Clerk

COSTS: NO COSTS TAXED

Filing Fee ..........$
Printing ............$
    Total ...........$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 24, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 05-4006
    Hall vs. Yanai
    District Court No. 02-00488

Dear Clerk,

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

cc:
Honorable S. Arthur Spiegel
Ms. Katherine A. Szudy
Mr. M. Scott Criss