# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 9, 2007

FILED

APR 1 6 2007

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Donald Hall
v. Christopher Yanai, Warden
No. 06-10543
(Your No. 05-4006)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 30, 2007 and placed on the docket April 9, 2007 as No. 06-10543.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst