02-00488
Cincinnati
RECEIVED
Spiegel
JUN 14 2007

LEONARD GREEN, Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

05-4006

William K. Suter
Clerk of the Court
(202) 479-3011

June 11, 2007

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
JUN 15 2007
LEONARD GREEN, Clerk

Re: Donald Hall
v. Christopher Yanai, Warden
No. 06-10543
(Your No. 05-4006)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk